# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Allison Transmission, Inc. ) | ASBCA No. 59534 |
| ) | |
| Under Contract No. DAAE07-99-C-N031 ) | |

APPEARANCES FOR THE APPELLANT:  Scott E. Pickens, Esq.
William M. Jack, Esq.
 Barnes & Thornburg LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
 DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59534, Appeal of Allison Transmission, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals